FLORENCE HAINES WOLFE v. STATE FARM INSURANCE CO.

July 19, 1988.

Petition for certification denied.   (See 224 *N.J.Super.* 348)

DAVID L. JOHNSON v. MARRIOTT CORPORATION.

July 19, 1988.

Petition for certification denied.

KATHLEEN A. FERRIGNO v. GLOBAL LANDFILL
RECLAIMING CORPORATION.

July 19, 1988.

Leave to appeal granted, and the matter is summarily remanded to the trial court for reconsideration in light of *Lamb v. Global Landfill*, 111 *N.J.* 134 (1988).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. OTTO ALTENBURG.

July 19, 1988.

Leave to appeal granted.   (See 223 *N.J.Super.* 289)